Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| DIANE N. SANDERS,<br><br>              Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>              Defendants. | Docket No.: 07-CV-1911-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, DIANE N. SANDERS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 22, 2009   By: _____

                                                    THE MILLER FIRM, LLP
                                                    Two Bala Plaza, Ste. 603
                                                    Bala Cynwyd, PA 19004
                                                    Telephone: (212) 335-4500
                                                    Facsimile: (212) 335-4501
                                                    *Attorneys for Plaintiff*


DATED: 8/26, 2009   By: _____/s/ Loren Brown_____

                                                    DLA PIPER LLP (US)
                                                    1251 Avenue of the Americas
                                                    New York, NY 10020
                                                    Telephone: (212) 335-4500
                                                    Facsimile: (212) 335-4501
                                                    *Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 1, 2009   

                                Hon. Charles R. Breyer
                                United States District Court